UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOPE A. APLEY,

        Plaintiff,

                                    Case No. 09-CV-12748
v.                                   HON. GEORGE CARAM STEEH

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.

_____/

<u>ORDER ACCEPTING REPORT AND RECOMMENDATION (#19), DENYING
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (#13), AND GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (#16)</u>

On July 13, 2009, plaintiff filed a complaint for judicial review following an adverse decision of the Commissioner of Social Security. The matter was referred to Magistrate Judge Whalen. The parties filed cross-motions for summary judgment. On April 6, 2011, Magistrate Judge Whalen issued a Report and Recommendation on the cross-motions for summary judgment. In his Report, Magistrate Judge Whalen recommends defendant's motion for summary judgment be granted and plaintiff's motion for summary judgment be denied. Plaintiff has not filed objections to the Report and Recommendation, and the deadline for doing so has passed. The court has reviewed the Report and Recommendation, and in the absence of timely objection,

The court hereby adopts Magistrate Judge Whalen's April 6, 2011 Report and Recommendation. Plaintiff's complaint is hereby DISMISSED.

SO ORDERED.

Dated: April 28, 2011

s/George Caram Steeh
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on April 28, 2011, by electronic and/or ordinary mail and also to Hope Apley at 911 Wedge Road, Sandusky, MI 48471-9417.

s/Marcia Beauchemin
Deputy Clerk